UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE CORDOVA, individually and on behalf of other members of the public similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BAE SYSTEMS, INC.; BAE SYSTEMS TECHNOLOGY SOLUTIONS & SERVICES, INC.; and DOES 1–10, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 20-CV-2425 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO STAY PENDING MEDIATION**<br><br>(ECF No. 13) |

　　　Presently before the Court is the Parties' Joint Motion to Stay Pending Mediation ("Joint Mot.," ECF No. 13). The Parties assert that "[g]ranting the stay will allow the parties to make a substantive attempt at resolution of this putative class action by engaging in informal discovery and spending a full-day attempting to resolve the action in its entirety after fully assessing the potential exposure in this putative class action." *Id.* at 1.

　　　Good cause appearing, the Court **GRANTS** the Joint Motion, **STAYS** the case <u>until and through July 1, 2021</u>, and **VACATES** all pending deadlines in the above-captioned matter. The Parties **SHALL FILE** a joint status report detailing the results of the mediation

///

1  within seven (7) days of the conclusion of the stay or within seven (7) days after the date
2  of the mediation, whichever is earlier.
3      **IT IS SO ORDERED.**
4  Dated:  January 21, 2021

                                     Hon. Janis L. Sammartino
                                     United States District Judge