UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE CORDOVA, individually and on behalf of other members of the public similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BAE SYSTEMS TECHNOLOGY SOLUTIONS & SERVICES, INC.; and DOES 1–10, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 20-CV-2425 JLS (MDD)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF Nos. 27–28) |

Presently before the Court is Plaintiff Aimee Cordova's Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 27) and Notice of Errata regarding the same (ECF No. 28). The Court hereby **VACATES** the hearing scheduled for September 9, 2021 and takes this matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: August 31, 2021

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge