UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE CORDOVA, individually and on behalf of other members of the public similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BAE SYSTEMS TECHNOLOGY SOLUTIONS & SERVICES, INC.; and DOES 1–10, inclusive,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 20-CV-2425 JLS (MDD)<br><br>**ORDER (1) GRANTING JOINT MOTION FOR AMENDMENT, (2) AMENDING MAY 27, 2022 ORDER, AND (3) VACATING CLERK'S JUDGMENT**<br><br>(ECF Nos. 35–37) |

　　　Presently before the Court is the Parties' Joint Motion for Amendment to the Court's May 27, 2022 Order ("Joint Mot.," ECF No. 37).  The Parties note that their Stipulation of Settlement and Release provided for dismissal of the case in its entirety with prejudice instead of judgment.  *See id.* at 2.  Accordingly, the Parties ask that the Court "amend its May 27, 2022 Final Approval Order to remove the entry of a judgment and instead order dismissal of the case with prejudice." *Id.* at 3.

　　　Good cause appearing, the Court **GRANTS** the Joint Motion.  The Court **AMENDS** the May 27, 2022 Order (ECF No. 35) to replace the words "**ENTERING JUDGMENT**" in the title on page 1 with "**DISMISSING ACTION WITH PREJUDICE**."  The Court

**FURTHER AMENDS** the May 27, 2022 Order (ECF No. 35) at page 13, line 11, to state that "the Court **ORDERS** as follows" in place of "the Court **ENTERS FINAL JUDGMENT** as follows[.]" The May 27, 2022 Order already dismisses the action with prejudice. *See id.* at 17. In light of the foregoing, the Court **VACATES** the May 27, 2022 Clerk's Judgment (ECF No. 36). Finally, for the avoidance of doubt, the Court **CLARIFIES** that judgment is entered neither in favor of nor against any Party in this matter.

**IT IS SO ORDERED.**

Dated: June 3, 2022

*[signature]*
Hon. Janis L. Sammartino
United States District Judge